## UNITED STATES BANKRUPTCY COURT
### NORTHERN  DISTRICT OF  ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| RYBICKI, EDWARD J | § | Case No. 09-72971 |
| RYBICKI, CECILLI | § | |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DANIEL M. DONAHUE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

U.S. Bankruptcy Clerk's Office
Stanley J. Roszkowski U.S. Courthouse
327 South Church Street
Room 1100
Rockford, Illinois 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 03/09/2015 in Courtroom 3100,

United States Courthouse
327 South Church Street
Rockford, IL 61101

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: /s/ Daniel M. Donahue_____
                                                                            Trustee


*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| In re: | § | |
| | § | |
| RYBICKI, EDWARD J | § | Case No. 09-72971 |
| RYBICKI, CECILLI | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 750,000.00 |
| and approved disbursements of | $ | 621,668.08 |
| leaving a balance on hand of[1] | $ | 128,331.92 |

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL M. DONAHUE | $        38,388.54 | $        0.00 | $        38,388.54 |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $        7,063.00 | $        0.00 | $        7,063.00 |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $        613.65 | $        0.00 | $        613.65 |
| Other: Jeff Anderson & Associates, PA | $        600,000.00 | $        600,000.00 | $        0.00 |
| Other: Jeff Anderson & Associates, PA | $        21,372.86 | $        21,372.86 | $        0.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 46,065.19 |
| Remaining Balance | $ | 82,266.73 |

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 34,112.50  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  100.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Capital One Bank (USA), N.A. | $ 3,550.08 | $ 0.00 | $ 3,550.08 |
| 000002 | First Mutual Bank | $ 2,670.43 | $ 0.00 | $ 2,670.43 |
| 000003 | Chase Bank USA, N.A. | $ 2,012.03 | $ 0.00 | $ 2,012.03 |
| 000004 | CommunityAmerica Credit Union | $ 25,035.79 | $ 0.00 | $ 25,035.79 |
| 000006 | Capital One, N.A. | $ 844.17 | $ 0.00 | $ 844.17 |

Total to be paid to timely general unsecured creditors     $     34,112.50

Remaining Balance     $     48,154.23

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.5 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 925.02 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 47,229.21 .

Prepared By: /s/ Daniel M. Donahue
Trustee

*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010) *(Page: 4)*

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 09-72971-TML
Edward J Rybicki                                                          Chapter 7
Cecilli Rybicki
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: jclarke            Page 1 of 2              Date Rcvd: Feb 11, 2015
                              Form ID: pdf006          Total Noticed: 40


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 13, 2015.
```
db/jdb        +Edward J Rybicki,   Cecilli Rybicki,   108 W Hitt St,   Mount Morris, IL 61054-1109
14172396      ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank Of America,   po box 15102,   Wilmington, DE 19886)
14172398      +Bank One,   Po Box 901039,   Fort Worth, TX 76101-2039
14172397      +Bank of America,   1422 E. Grayson,   San Antonio, TX 78208-1418
14172399      +Capital 1 Bk,   11013 W Broad St,   Glen Allen, VA 23060-6017
22504655       Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
22732494       Capital One, N.A.,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
14172402       Chase,   PO Box 15153,   Wilmington, DE 19886-5153
14172400      +Chase,   800 Brooksedge Blvd,   Westerville, OH 43081-2822
14172401       Chase,   PO Box 260161,   Mount Morris, IL 61054
22572646      +Chase Bank USA, N.A.,   c/o Kevin C. Driscoll, Jr.,   Barnes & Thornburg LLP,
               1 North Wacker Drive, Suite 4400,   Chicago, IL 60606-2841
14172403      +Citibank,   Po Box 6241,   Sioux Falls, SD 57117-6241
14172404      +Communityamerica Cu,   9777 Ridge Dr,   Lenexa, KS 66219-9746
14172405      +Dependon Collection Se,   7627 W Lake St 210,   River Forest, IL 60305-1878
14172406      +Dependon Collection Service,   P.O. Box 6074,   River Forest, IL 60305-6074
14172393      +Edward J Rybicki,   Cecilli Rybicki,   108 W Hitt St,   Mount Morris, IL 61054-1109
14172407      +First Mutual Bank,   400 108th Ave NE,   PO Box 1647,   Bellevue, WA 98009-1647
22552138      +First Mutual Bank,   First Mutual Sales Finance,   425 Pike Street, 3rd Floor,
               Seattle WA 98101-3902
14172408       First National Bank of Brookings,   P.O. Box 6000,   Brookings, SD 57006-6000
14172409      +Ford Motor Credit Corporation,   Po Box Box 542000,   Omaha, NE 68154-8000
14172412      +GMAC,   P.O. Box 10729,   Midland, TX 79702-0729
14172413      +Household Bank,   90 Christiana Rd,   New Castle, DE 19720-3187
14172414      +Hsbc/carsn,   Pob 15521,   Wilmington, DE 19850-5521
14172417      +KSB Hospital and the KSB Med. Group,   215 East First Street,   Suite 117,
               Dixon, IL 61021-3169
14172419      +Monogram Bank N America,   Po Box 17054,   Wilmington, DE 19850-7054
14172420      +NCO Financial Systems,   PO Box 61247,   Virginia Beach, VA 23466-1247
14172394      +Nathan E. Delman #,   Legal Helpers, PC,   Sears Tower,   233 S. Wacker Suite 5150,
               Chicago, IL 60606-6371
14172422      +Sears/cbsd,   Po Box 6189,   Sioux Falls, SD 57117-6189
14172423       Shell Oil/citibank,   Po Box 6003,   Hagerstown, MD 21747
14172424      +Tnb - Target,   Po Box 673,   Minneapolis, MN 55440-0673
14172425      +Visa Credit Card Services,   po box 15950,   Lenexa, KS 66285-5950
14172426       Wells Fargo Financial,   P O Box 98791,   Las Vegas, NV 89193-8791
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14172395      +E-mail/Text: roy.buchholz@allianceoneinc.com Feb 12 2015 01:55:35     Alliance One,
               1160 Centre Pointe Drive,   Suite 1,   Saint Paul, MN 55120-1377
22702092      +E-mail/Text: jetter@cacu.com Feb 12 2015 01:56:45     CommunityAmerica Credit Union,
               POB 15950,   Lenexa, KS 66285-5950
14172410      +E-mail/Text: ally@ebn.phinsolutions.com Feb 12 2015 01:55:35     G M A C,   PO 380902,
               Minneapolis, MN 55438-0902
14172411      +E-mail/PDF: gecsedi@recoverycorp.com Feb 12 2015 01:59:09     Gemb/gap,   Po Box 981400,
               El Paso, TX 79998-1400
14172415      +E-mail/PDF: gecsedi@recoverycorp.com Feb 12 2015 01:59:09     Jc Penney,   Po Box 960001,
               Orlando, FL 32896-0001
14172416      +E-mail/Text: bnckohlsnotices@becket-lee.com Feb 12 2015 01:55:51     Kohls/chase,
               N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
14172418      +E-mail/Text: bkr@cardworks.com Feb 12 2015 01:55:24     Merrick Bank Corporation,   Po Box 5000,
               Draper, UT 84020-5000
14172421      +E-mail/PDF: pa_dc_claims@navient.com Feb 12 2015 01:59:37     Sallie Mae Servicing,
               1002 Arthur Dr,   Lynn Haven, FL 32444-1683
                                                                              TOTAL: 8
```

```
        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22740056*      Capital One, N.A.,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
17556783      ##+JP Morgan Chase Bank, National Association,   PO Box 201347,   Arlington, TX 76006-1347
                                                                TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-3        User: jclarke        Page 2 of 2          Date Rcvd: Feb 11, 2015
                           Form ID: pdf006       Total Noticed: 40
```

```
              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2015                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 10, 2015 at the address(es) listed below:
            Daniel  Donahue    on behalf of Trustee Daniel  Donahue ddonahue@mjwpc.com,
             ddonahue@ecf.epiqsystems.com
            Daniel  Donahue    ddonahue@mjwpc.com,  ddonahue@ecf.epiqsystems.com
            Daniel M Donahue    on behalf of Trustee Daniel  Donahue ddonahue@mjwpc.com
            James M Philbrick    on behalf of Creditor   GMAC jmphilbrick@att.net
            Nathan E Delman    on behalf of Joint Debtor Cecilli  Rybicki rjscourtdocs@gmail.com,
             ndelman@robertjsemrad.com
            Nathan E Delman    on behalf of Debtor Edward J Rybicki rjscourtdocs@gmail.com,
             ndelman@robertjsemrad.com
            Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                               TOTAL: 7
```