UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
RYBICKI, EDWARD J § Case No. 09-72971
RYBICKI, CECILLI §
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DANIEL M. DONAHUE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $           (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/DANIEL M. DONAHUE _____
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| EDWARD J RYBICKI |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bank of America 1422 E. Grayson San Antonio, TX 78208 |  |  |  |  |  |
|  | GMAC P.O. Box 10729 Midland, TX 79702 |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DANIEL M. DONAHUE | | | | | |
| BANK OF KANSAS CITY | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| JEFF ANDERSON & ASSOCIATES, P.A. | | | | | |
| JEFF ANDERSON & ASSOCIATES, PA | | | | | |
| KERNS, FROST & PEARLMAN, LLP | | | | | |
| JEFF ANDERSON & ASSOCIATES, P.C. | | | | | |
| JEFF ANDESON & ASSOCIATES, PA | | | | | |
| KERN'S FROST & PEARLMAN | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Alliance One 1160 Centre Pointe Drive Suite 1 Saint Paul, MN 55120 | | | | | |
| | Bank Of America po box 15102 Wilmington, DE 19886 | | | | | |
| | Bank One Po Box 901039 Fort Worth, TX 76101 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase 800 Brooksedge Blvd Westerville, OH 43081 | | | | | |
| | Chase PO Box 260161 Mount Morris, IL 61054 | | | | | |
| | Citibank Po Box 6241 Sioux Falls, SD 57117 | | | | | |
| | Communityamerica Cu 9777 Ridge Dr Lenexa, KS 66219 | | | | | |
| | Dependon Collection Se 7627 W Lake St 210 River Forest, IL 60305 | | | | | |
| | Dependon Collection Service P.O. Box 6074 River Forest, IL 60305 | | | | | |
| | First National Bank of Brookings P.O. Box 6000 Brookings, SD 57006-6000 | | | | | |
| | Ford Motor Credit Corporation Po Box Box 542000 Omaha, NE 68154 | | | | | |
| | G M A C PO 380902 Minneapolis, MN 55438 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Gemb/gap Po Box 981400 El Paso, TX 79998 | | | | | |
| | Household Bank 90 Christiana Rd New Castle, DE 19720 | | | | | |
| | Hsbc/carsn Pob 15521 Wilmington, DE 19805 | | | | | |
| | Jc Penney Po Box 960001 Orlando, FL 32896 | | | | | |
| | KSB Hospital and the KSB Med. Group 215 East First Street Suite 117 Dixon, IL 61021 | | | | | |
| | Kohls/chase N56 W 17000 Ridgewood Dr Menomonee Falls, WI 53051 | | | | | |
| | Merrick Bank Corporation Po Box 5000 Draper, UT 84020 | | | | | |
| | Monogram Bank N America Po Box 17054 Wilmington, DE 19884 | | | | | |
| | Sallie Mae Servicing 1002 Arthur Dr Lynn Haven, FL 32444 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sears/cbsd Po Box 6189 Sioux Falls, SD 57117 | | | | | |
| | Shell Oil/citibank Po Box 6003 Hagerstown, MD 21747 | | | | | |
| | Tnb - Target Po Box 673 Minneapolis, MN 55440 | | | | | |
| | Visa Credit Card Services po box 15950 Lenexa, KS 66285 | | | | | |
| | Wells Fargo Financial P O Box 98791 Las Vegas, NV 89193-8791 | | | | | |
| | Wells Fargo Financial P O Box 98791 Las Vegas, NV 89193-8791 | | | | | |
| 000001 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000005 | CAPITAL ONE, N.A. | | | | | |
| 000006 | CAPITAL ONE, N.A. | | | | | |
| 000003 | CHASE BANK USA, N.A. | | | | | |
| 000004 | COMMUNITYAMERICA CREDIT UNION | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | FIRST MUTUAL BANK | | | | | |
| | CAPITAL ONE BANK (USA), N.A. | | | | | |
| | CAPITAL ONE, N.A. | | | | | |
| | CHASE BANK USA, N.A. | | | | | |
| | COMMUNITYAMERICA CREDIT UNION | | | | | |
| | FIRST MUTUAL BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 09-72971 | TML | Judge: THOMAS M. LYNCH | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|---|
| Case Name: | RYBICKI, EDWARD J | | | Date Filed (f) or Converted (c): | 07/17/09 (f) |
| | RYBICKI, CECILLI | | | 341(a) Meeting Date: | 08/19/09 |
| For Period Ending: | 04/30/15 | (12th reporting period for this case) | | Claims Bar Date: | 12/18/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Estate Located at 108 W. Hitt St., Mount Morr | 138,000.00 | 0.00 | | 0.00 | FA |
| 2. Checking account with Chase | 20.00 | 0.00 | | 0.00 | FA |
| 3. Checking Account with Union Savings | 250.00 | 0.00 | | 0.00 | FA |
| 4. Checking Account with Union Savings | 65.00 | 0.00 | | 0.00 | FA |
| 5. Checking Union Savings | 75.00 | 0.00 | | 0.00 | FA |
| 6. Miscellaneous used household goods | 2,000.00 | 0.00 | | 0.00 | FA |
| 7. Personal Used Clothing | 700.00 | 0.00 | | 0.00 | FA |
| 8. Wedding Rings | 1,500.00 | 0.00 | | 0.00 | FA |
| 9. 401(k) Plan through employer - 100% exempt | 17,904.67 | 0.00 | | 0.00 | FA |
| 10. Tax refund 2008: $8,959 Refund was spent on necess | 0.00 | 0.00 | | 0.00 | FA |
| 11. 1996 Buick Century, 100,000 miles Value per Kelly | 1,650.00 | 0.00 | | 0.00 | FA |
| 12. 2006 Pontiac Vibe, 141,000 miles Value per Kelly B | 6,455.00 | 0.00 | | 0.00 | FA |
| 13. Personal injury action (u) | Unknown | 1,500,000.00 | OA | 750,000.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $168,619.67 | $1,500,000.00 | | $750,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothin furthe remains to be done.

Initial Projected Date of Final Report (TFR): 12/01/13     Current Projected Date of Final Report (TFR): 09/01/14

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-72971 -TML | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | RYBICKI, EDWARD J | Bank Name: | BANK OF KANSAS CITY |
| | RYBICKI, CECILLI | Account Number / CD #: | *******0211 GENERAL CHECKING |
| Taxpayer ID No: | *******5664 | | |
| For Period Ending: | 04/30/15 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/18/14 | 13 | GALLAGHER BASSETT SERV., INC. AS CLAIMS ADMINISTRATOR | SETTLEMENT PROCEEDS: PI CLAIM | 1242-000 | 750,000.00 | | 750,000.00 |
| 12/23/14 | 002001 | KERNS, FROST & PEARLMAN, LLP 3 FIRST NATIONAL PLAZA 70 WEST MADISON, STE. 5350 CHICAGO, IL 60602 | ATTORNEY'S FEES | 3210-600 | | 210,000.00 | 540,000.00 |
| 12/23/14 | 002002 | KERNS FROST & PEARLMAN 3 FIRST NATIONAL PLAZA 70 WEST MADISON, SUITE 5350 CHICAGO, IL 60602 | ATTORNEY EXPENSES | 3220-610 | | 1,358.70 | 538,641.30 |
| 12/23/14 | 002003 | JEFF ANDERSON & ASSOCIATES, P.A. 366 JACKSON ST., STE. 100 SAINT PAUL, MN 55101 | Attorney Fees | 3210-000 | | 390,000.00 | 148,641.30 |
| 12/23/14 | 002004 | JEFF ANDERSON & ASSOCIATES, P.C. 366 JACKSON ST., STE. 100 SAINT PAUL, MN 550101 | ATTORNEY EXPENSES | 3220-000 | | 20,014.16 | 128,627.14 |
| 12/31/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 295.22 | 128,331.92 |
| 03/10/15 | 002005 | DANIEL M. DONAHUE | Trustee Compensation | 2100-000 | | 38,388.54 | 89,943.38 |
| 03/10/15 | 002006 | MCGREEVY WILLIAMS | Attorney for Trustee Fees (Trustee | 3110-000 | | 7,063.00 | 82,880.38 |
| 03/10/15 | 002007 | MCGREEVY WILLIAMS | Attorney for Trustee Expenses (Trus | 3120-000 | | 613.65 | 82,266.73 |
| 03/10/15 | 002008 | Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 | Claim 000001, Payment 102.7% | | | 3,646.35 | 78,620.38 |
| | | | Claim 3,550.08 | 7100-000 | | | |
| | | | Interest 96.27 | 7990-000 | | | |
| 03/10/15 | 002009 | First Mutual Bank First Mutual Sales Finance 425 Pike Street, 3rd Floor | Claim 000002, Payment 102.7% | | | 2,742.84 | 75,877.54 |

Page Subtotals 750,000.00 674,122.46

Ver: 18.04

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 11)

Case 09-72971  Doc 48  Filed 05/14/15  Entered 05/14/15 10:46:45  Desc Main
Document       Page 12 of 13

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 09-72971 -TML |
| Case Name: | RYBICKI, EDWARD J |
| | RYBICKI, CECILLI |
| Taxpayer ID No: | *******5664 |
| For Period Ending: | 04/30/15 |

| | |
|---|---|
| Trustee Name: | DANIEL M. DONAHUE |
| Bank Name: | BANK OF KANSAS CITY |
| Account Number / CD #: | *******0211  GENERAL CHECKING |
| Blanket Bond (per case limit): | $ 1,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Seattle WA 98101 | Claim       2,670.43 | 7100-000 | | | |
| | | | Interest        72.41 | 7990-000 | | | |
| 03/10/15 | 002010 | Chase Bank USA, N.A. | Claim 000003, Payment 102.7% | | | 2,066.59 | 73,810.95 |
| | | c/o Kevin C. Driscoll, Jr. | | | | | |
| | | Barnes & Thornburg LLP | | | | | |
| | | 1 North Wacker Drive, Suite 4400 | | | | | |
| | | Chicago, IL 60606 | | | | | |
| | | | Claim       2,012.03 | 7100-000 | | | |
| | | | Interest        54.56 | 7990-000 | | | |
| 03/10/15 | 002011 | CommunityAmerica Credit Union | Claim 000004, Payment 102.7% | | | 25,714.68 | 48,096.27 |
| | | POB 15950 | | | | | |
| | | Lenexa, KS 66285 | | | | | |
| | | | Claim      25,035.79 | 7100-000 | | | |
| | | | Interest       678.89 | 7990-000 | | | |
| 03/10/15 | 002012 | Capital One, N.A. | Claim 000006, Payment 102.7% | | | 867.06 | 47,229.21 |
| | | c o Becket and Lee LLP | | | | | |
| | | POB 3001 | | | | | |
| | | Malvern, PA 19355-0701 | | | | | |
| | | | Claim         844.17 | 7100-000 | | | |
| | | | Interest        22.89 | 7990-000 | | | |
| 03/10/15 | 002013 | EDWARD J RYBICKI | Surplus Funds | 8200-002 | | 47,229.21 | 0.00 |
| | | CECILLI RYBICKI | | | | | |
| | | 108 W HITT ST | | | | | |
| | | MOUNT MORRIS, IL  61054-1109 | | | | | |

Page Subtotals            0.00        75,877.54

Ver: 18.04

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-72971 -TML | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | RYBICKI, EDWARD J | Bank Name: | BANK OF KANSAS CITY |
| | RYBICKI, CECILLI | Account Number / CD #: | *******0211 GENERAL CHECKING |
| Taxpayer ID No: | *******5664 | | |
| For Period Ending: | 04/30/15 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 750,000.00 | 750,000.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 750,000.00 | 750,000.00 | |
| Less: Payments to Debtors | | 47,229.21 | |
| Net | 750,000.00 | 702,770.79 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| GENERAL CHECKING - ********0211 | 750,000.00 | 702,770.79 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 750,000.00 | 702,770.79 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   0.00   0.00

Ver: 18.04

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 13)